No. 66431.—Regal Accessories, Inc. *v.* United States, protest 255620–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk wearing apparel similar in all material respects to that the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C.C.P.A. 136, C.A.D. 585), the claim of the plaintiff was sustained.